# U.S. District Court
## Northern District of West Virginia [Live] (Martinsburg)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00026-JPB

Perry v. AU Optronics Corp. et al
Assigned to: District Judge John P. Bailey
Cause: 15:15 Antitrust Litigation

Date Filed: 03/07/2007
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Diversity

**Plaintiff**

**Tara Perry**
*on behalf of herself and all others similarly situated in the State of West Virginia*

represented by **Andrew C. Skinner**
Nichols & Skinner, LC
PO Box 487
Charles Town, WV 25414
304-725-7029
Fax: 304-725-4082
Email: acs@nicholsandskinner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**AU Optronics Corp.**

**Defendant**
**AU Optronics Corp. America**

**Defendant**
**CHI MEI Optoelectronics Co., LTD.**

**Defendant**
**CHI MEI Optoelectronics USA, Inc.**

**Defendant**
**Chunghwa Picture Tubes, LTD**

**Defendant**
**Fujitsu Limited, Inc.**

**Defendant**
**Fujitsu America, Inc.**

**Defendant**
**Hannstar Display Corporation**

**Defendant**

Hitachi, LTD.

**Defendant**

Hitachi Displays, LTD.

**Defendant**

Hitachi America Ltd.

**Defendant**

Idtech Co., LTD.

**Defendant**

Idtech USA, Inc.

**Defendant**

IPSA Alpha Technology, LTD.

**Defendant**

LG.Philips LCD Co., Ltd.

**Defendant**

LG.Philips LCD America, Inc.

**Defendant**

Matsushita Electric Industrial Co., Ltd.

**Defendant**

Panasonic Corporation of North America

**Defendant**

Mitsubishi Electric Corporation

**Defendant**

Mitsubishi Electric & Electronics USA, Inc.

**Defendant**

NEC Electronics Corporation

**Defendant**

NEC Electronics America, Inc.

**Defendant**

NEC LCD Technologies, Ltd.

**Defendant**

Samsung Electronics Co. LTD.

**Defendant**

Samsung Electronics America

**Defendant**

Sanyo Electric Co., LTD.

**Defendant**

Sanyo North America Corporation

**Defendant**

Epson Imaging Devices Corporation

**Defendant**

Seiko Epson Corporation

**Defendant**

Epson America, Inc.

**Defendant**

Epson Electronics America, Inc.

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation

**Defendant**

S-LCD Corporation

**Defendant**

Syntax-Brillian Corp.

**Defendant**

Toshiba Corporation

**Defendant**

Toshiba America Inc.

**Defendant**

Toshiba Matsushita Display Technology Co., LTD.

**Defendant**

John Does
*1-100*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2007 | 1 | COMPLAINT against Fujitsu America, Inc., Hannstar Display Corporation, Hitachi, LTD., Hitachi Displays, LTD., Hitachi America Ltd., Idtech Co., LTD., Idtech USA, Inc., IPSA Alpha Technology, LTD., LG.Philips LCD Co., Ltd., LG.Philips LCD America, Inc., Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD Technologies, Ltd., Samsung Electronics Co. LTD., Samsung Electronics America, Sanyo Electric Co., LTD., Sanyo North America Corporation, Epson Imaging Devices Corporation, Seiko Epson Corporation, Epson America, Inc., Epson Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, S-LCD Corporation, Syntax-Brillian Corp., Toshiba Corporation, Toshiba America Inc., Toshiba Matsushita Display Technology Co., LTD., John Does 1-100, AU Optronics Corp., AU Optronics Corp. America, CHI MEI Optoelectronics Co., LTD., CHI MEI Optoelectronics USA, Inc., Chunghwa Picture Tubes, LTD, Fujitsu Limited, Inc. filed by Tara Perry. (njz) (Entered: 03/09/2007) |
| 03/07/2007 | 2 | Filing fee: $350.00 receipt number 45534. (njz) (Entered: 03/09/2007) |
| 03/07/2007 | 3 | Corporate Disclosure Statement by Tara Perry. (njz) (Entered: 03/09/2007) |
| 03/09/2007 | 4 | Summons Issued as to Fujitsu America, Inc., Hannstar Display Corporation, Hitachi, LTD., Hitachi Displays, LTD., Hitachi America Ltd., Idtech Co., LTD., Idtech USA, Inc., IPSA Alpha Technology, LTD., LG.Philips LCD Co., Ltd., Epson Imaging Devices Corporation, Epson America, Inc., Epson Electronics America, Inc., AU Optronics Corp., AU Optronics Corp. America, CHI MEI Optoelectronics Co., LTD., CHI MEI Optoelectronics USA, Inc., Chunghwa Picture Tubes, LTD, Fujitsu Limited, Inc. (njz) (Entered: 03/09/2007) |
| 03/09/2007 | 5 | Summons Issued as to LG.Philips LCD America, Inc., Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD Technologies, Ltd., Samsung Electronics Co. LTD., Samsung Electronics America, Sanyo Electric Co., LTD., Sanyo North America Corporation, Seiko Epson Corporation, Sharp Corporation, Sharp Electronics Corporation, S-LCD Corporation, Syntax-Brillian Corp., Toshiba Corporation, Toshiba America Inc., Toshiba Matsushita Display Technology Co., LTD. (njz) (Entered: 03/09/2007) |
| 04/16/2007 | | Case REASSIGNED to Judge John P. Bailey. Judge Irene M. Keeley no longer assigned to the case. (jss) (Entered: 04/16/2007) |
| 05/14/2007 | 6 | CONDITIONAL TRANSFER ORDER (CTO-1) Docket No. 1827 (c to Judge) (mji, ) (Entered: 05/15/2007) |

| | | |
|---|---|---|
| 06/05/2007 | 7 | LETTER from Office of the Clerk USDC Northern District of California to Clerk NDWV. (jko) (Entered: 06/05/2007) |
| 06/19/2007 | 8 | NOTICE of TRANSFER OF PDF FILE VIA EMAIL TO NORTHERN DISTRICT OF CALIFORNIA re 2 Filing Fee Received, 1 Complaint 7 Letter, 3 Corporate Disclosure Statement, 5 Summons Issued, 6 Public Order, Case Assigned/Reassigned, 4 Summons Issued (jko) (Entered: 06/19/2007) |
| 06/19/2007 | 9 | NDWV DOCKET 3:07CV26 AS OF 6/19/07 DATE FILE TRANSFERRED TO NORTHERN DISTRICT OF CALIFORNIA (jko) (Entered: 06/19/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/21/2007 14:14:56 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:07-cv-00026-JPB |
| Billable Pages: | 3 | Cost: | 0.24 |