1  LINGEL H. WINTERS, ESQ. (SBN 37759)
   LAW OFFICES OF LINGEL H. WINTERS
2  A PROFESSIONAL CORPORATION
   One Maritime Plaza, Suite 400
3  San Francisco, CA  94111
   Telephone:     (415) 398-2941
4  Facsimile:     (415) 393-9887

5  GIRARDI & KEESE
   THOMAS V. GIRARDI (SBN 36603)
6  1126 Wilshire Blvd.
   Los Angeles, CA  90017-1904
7  Telephone (213) 977-0211

8  Attorneys for Plaintiff and the Putative Class

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 |                                          | MDL No. M:07-cv-01827 SI
13 | IN RE TFT-LCD (FLAT                      |
   | PANEL)ANTITRUST LITIGATION               | Case No. 07-cv-2796 SI
14 |                                          |
   |                                          | CLASS ACTION
15 |                                          |
   | *EMW, Inc. v. LG Philips LCD CO., LTD et al.* |  ORDER SHORTENING TIME
16 | Case No. C-07-2796 SI                    |
   |                                          | Date: July 10, 2007
17 | THIS DOCUMENT RELATES TO                 | Time: 10:00 a.m.
18 | ALL INDIRECT PURCHASER ACTIONS           | Hon. Susan Illston
   |                                          | Courtroom: 10
19

20

21 Upon reviewing and considering the Motion for Order Shortening Time of plaintiff EMW, Inc.

22 filed herein, time is hereby ordered shortened for the Court to hear plaintiff's

23 Motion to Appoint Interim Class Counsel For the California Indirect Purchasers Subgroup on

24 July 10, 2007 at 10:00 a.m.

25 Dated:_____2007

26                                          _____

27                                                 Hon. Susan Illston

28                                          UNITED STATES DISTRICT COURT

MOTION FOR ORDER SHORTING TIME