ANDREW C. SKINNER (WV No. 9314)
NICHOLS & SKINNER, L.C.
115 East Washington Street
Charles Town, WV 25414
Telephone:    304-725-7029
Facsimile:    304-725-4082
Email:        acs@nicholsandskinner.com

Attorneys for Plaintiff,
Tara Perry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. M-07-cv-01827 SI<br><br>MDL No. 1827<br><br>**PLAINTIFF, TARA PERRYS, CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |
| This Document Relates To:<br><br>Case No. C07 03254, an Indirect Purchaser Action. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 25, 2007                    NICHOLS & SKINNER, L.C.


                                              /s/ Andrew C. Skinner
                                             ANDREW C. SKINNER

                                             Attorney for Plaintiff,
                                             TARA PERRY